**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

David Knight,
        Plaintiff(s),

V.

BAE Systems, et al.,
        Defendant(s).

CIVIL ACTION

**NO.: 1:14 cv 12584 -RGS**

### ORDER OF DISMISSAL

**Stearns, D. J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on **January 20, 2015**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                        By the Court,

**February 17, 2015**                      **/s/Terri Seelye**

Date                                          **Deputy Clerk**

(Order of Dismissal Rule 4m failure to file return show good cause.wpd - 12/98)
[odism.]